DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES SPRACKLEN AND LAW OFFICE OF MAX R. PRICE, P.A.,

Appellant,

v.

LINDA BELLOMIO COMMONS, ESQ.,

Appellee.

No. 2D2023-1572

_____

May 22, 2024

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

Max R. Price and Victoria Gonzalez of Law Offices of Max R. Price, P.A., South Miami, for Appellant.

Linda Bellomio Commons of Linda Bellomio Commons, P.A., Tampa, and Desiree Bannasch of Desiree Bannasch, P.A., Orlando, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.